■ In the Matter of the Probate of the Will of JENNY HUNT, Deceased. DAVID H. GILMARTIN, as Executor of JENNY HUNT, Deceased, Appellant; ELIZABETH CAMM, Respondent.— Appeal from a decree of the Surrogate's Court, Suffolk County, granting the application of a distributee to vacate, as to her, a decree of said court admitting a will to probate and to file objections to such probate. Decree affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of the Probate of the Will of MARIA N. TARTAGLIA, Deceased. DOLORES ALMENA et al., Appellants; THOMAS TARTER, Respondent. — In a contested proceeding in the Surrogate's Court, Westchester County, to probate a will, the appeal is from a decree admitting the will to probate. Decree unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of the Arbitration between W R S BUILDING CORP., Respondent, and SHELLY KURASH et al., Appellants.— Appeal from an order denying appellants' motion to vacate and annul respondent's notice of intention to conduct arbitration or, in the alternative, to stay arbitration and for a jury trial of the purported issue of the making of the contract to arbitrate. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ ANNABELLE MILLER, Respondent, v. SURF PROPERTIES, INC., Doing Business as BELMAR HOTEL OF MIAMI BEACH, Appellant.— In an action to recover damages for personal injuries, the appeal is from an order of an Official Referee denying, after a hearing, a motion to set aside the service in this State of a summons on one claimed to be the managing agent of appellant, a Florida corporation. By stipulation of the parties the motion was referred to the Official Referee to hear and determine. Order affirmed, with $10 costs and disbursements. No opinion. Murphy, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., and Beldock, J., dissent and vote to reverse the order and to grant the motion, with the following memorandum: On the facts here presented, appellant's activities within this State do not constitute the doing of business here.